# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **DOCKET NO: 3:19cr102** |
| **V.** | ) | **ORDER** |
| | ) | |
| **JENNIFER MAIER** ) | | |

This **MATTER** is before the court upon the Government's Motion #68 to Amend Judgment to Correct Clerical Error.

The Government requests that the Court amend the Judgment to list restitution of $3,281,268.00 .

It is ORDERED that the motion is GRANTED.

Signed: December 19, 2019

_____
Frank D. Whitney
Chief United States District Judge